# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152245(43)

WILLIAM GARCIA, Personal Representative of
the Estate of BEVERLY KAY GARCIA,
   Plaintiff-Appellee,

v

               SC: 152245
               COA: 320781
WEST SHORE MEDICAL CENTER, RICHARD Manistee CC: 11-014339-NH
A. SCHARP, JR., M.D., and RAYMOND E.
SCHMOKE, M.D.,
   Defendants-Appellants,

and

MUNSON HEALTHCARE and MANISTEE
COUNTY,
   Defendants.

_____/

   On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of appellants' motion for reconsideration is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2016



Clerk

d0927